No. 443. RICHARD A. BURGET, PETITIONER, *v.* HORACE R. ROBINSON. January 19, 1903. Petition for a writ of certiorari

to the United States Circuit Court of Appeals for the First Circuit denied. *Mr. John W. Corcoran* and *Mr. P. A. Collins* for the petitioner. *Mr. Stiles W. Burr* and *Mr. John W. Saxe* for the respondent.